IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                    CASE NO.08-40613TLH4

SHERMAN, JOHNNY
SHERMAN, ANNIE REBECCA                                    CHAPTER 7

           Debtor(s)
_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED IN ACCORDANCE WITH 11 U.S.C. §347

      Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as set forth in Exhibit A attached hereto.

      /s/ Theresa M. Bender
      THERESA M. BENDER
      CHAPTER 7 TRUSTEE
      Theresa M. Bender, P.A.
      Post Office Box 14557
      Tallahassee, FL  32317
      PH:  (850) 205-7777
      FL. Bar # 0749486
      Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following and the addressed identified in Exhibit A.

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

Dated: 1/2/2011                                    /s/ Theresa M. Bender

Printed:  01/02/11 05:46 PM

# Stale Check Report

Page:  1

**Trustee:**  Theresa M. Bender, Trustee (290820)
**Case:**  08-40613TLH4  -  SHERMAN, JOHNNY

| Account No. | Check No. | Issued | Payee | Check Amount |
|---|---|---|---|---|
| 9200-01935619-66 | 10111 | 01/02/11 | Clerk, Northern District Bankruptcy Court | $825.32 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| | 6 | 10110 | 01/09/09 | 610 | Tallahassee-Leon Federal Credit Union c/o Jared S. Gardner Post Office Box 4128 Tallahassee, FL 32315 | 6,527.71 | 6,527.71 | 563.77 | 563.77 |
| | 7 | 10110 | 01/09/09 | 610 | Tallahassee-Leon Federal Credit Union c/o Jared S. Gardner Post Office Box 4128 Tallahassee, FL 32315 | 3,028.36 | 3,028.36 | 261.55 | 261.55 |

(*) Denotes objection to Amount Filed        (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.